**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-0305-RLH (PAL) |
| ROBERT ROZZEN, ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

On July 15, 2010, defendant ROBERT ROZZEN pled guilty to a One-Count Criminal Information charging him in Count One with Conspiracy to Commit Mail Fraud, Wire Fraud, and Bank Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Criminal Information.

This Court finds that ROBERT ROZZEN shall pay a criminal forfeiture money judgment of $200,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853.

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ROBERT ROZZEN a criminal forfeiture money judgment in the amount of $200,000.00 in United States Currency.

DATED this 30th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Jacqueline L. Peltier, certify that the following individuals were served with copies of the Order of Forfeiture on July 15, 2010, by the below identified method of service:

<u>E-mail/ECF</u>

Dean Y. Kajioka
Kajioka & Associates
810 S. Casino Center Boulevard
Las Vegas, NV 89101
*Counsel for Robert Rozzen*

                                                <u>/s/ Jacqueline L. Peltier</u>
                                                JACQUELINE L. PELTIER
                                                Paralegal Specialist